

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-25-2004

# USA v. Sparrow

Precedential or Non-Precedential: Precedential

Docket No. 02-3571

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation
"USA v. Sparrow" (2004). *2004 Decisions.* Paper 536.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/536

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

No. 02-3571

UNITED STATES OF AMERICA

v.

GAYLORD SPARROW,

Appellant

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Action No. 99-cr-00290)
District Judge: Honorable Harvey Bartle, III

Submitted Under Third Circuit LAR 34.1(a)
March 23, 2004

Before: ROTH, AMBRO, and CHERTOFF, Circuit Judges

(Opinion filed June 15, 2004)

Stephen J. Binhak, Esq.
3103 Philmont Avenue
Huntingdon Valley, PA  19006

*Attorney for Appellant*

Patrick L. Meehan
United States Attorney
Laurie Magid
Deputy United States Attorney
Emily McKillip
Assistant United States Attorney
Judy Goldstein Smith
Assistant United States Attorney

615 Chestnut Street
Philadelphia, PA   19106

*Attorneys for Appellee*

## ORDER  AMENDING  PUBLISHED  OPINION

AMBRO, *Circuit Judge*

It is now ordered that the published Opinion in the above case filed June 15, 2004, be amended as follows:

On the first page, first line of the opinion, delete the words "seeks a writ of *habeas corpus* in" and replace it with the words "appeals the denial of his petition under 28 U.S.C. § 2255 with" so that the sentence reads: "Gaylord Sparrow appeals the denial of his petition under 28 U.S.C. § 2255 with regard to his conviction and sentence . . . ."

On the first page, last line of the introductory paragraph, delete the word "*habeas*."

On the second page, first column, last two lines through the first line of the second column, delete the phrase "for a writ of *habeas corpus*" and delete the "," between "§ 2255" and "alleging" so that the sentence reads: "Sparrow then filed a petition pursuant to 28 U.S.C. § 2255 alleging ineffective assistance of counsel."

On the fourth page, second column, delete the last full sentence and replace it with "Thus we affirm the District Court's decision denying Sparrow's § 2255 petition."

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: June 25, 2004

2